IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3137 |
| | ) | |
| V. | ) | |
| | ) | |
| DEBORAH S. KEAHL, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that judgment is entered for the United States of America and against Deborah S. Keahl providing that she shall take nothing and her motion under 28 U.S.C. § 2255 (filing 46) is denied and dismissed with prejudice.

July 19, 2010.

BY THE COURT:
*Richard G. Kopf*
United States District Judge