IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3137 |
| | ) | |
| V. | ) | |
| | ) | |
| DEBORAH S. KEAHL, | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

      This matter is before the court on Defendant's notice of appeal (filing 50) and the clerk's recent memo (filing 51) asking whether Defendant may proceed in forma pauperis and whether a certificate of appealability will issue.  The notice of appeal is filed with reference to the court's judgment entered on July 19, 2010 (filing 49), which dismissed with prejudice Defendant's motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255.

      Before Defendant can appeal this court's decision denying her § 2255 motion, a certificate of appealability must issue. 28 U.S.C. § 2253(c)(1)(B).  A certificate of appealability may issue under 28 U.S.C. §2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When a district court has rejected a constitutional claim on the merits in the course of denying a § 2255 petition, "[t]he petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong" in order to meet the standard contained in § 2253(c). *Slack v. McDaniel*, 120 S. Ct. 1595, 1604 (2000).  In contrast, when a district court denies a § 2255 petition on procedural grounds without reaching the applicant's underlying constitutional claims on the merits, a certificate of appealability should issue under § 2253(c) when "the prisoner shows, at least, that jurists of reason would find it debatable whether the

petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Id.*

For the reasons set forth in this court's memorandum and order denying the § 2255 motion (filing 48), the court concludes that Defendant has not made a substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c). Therefore, a certificate of appealability will not be issued.

Defendant was determined to be financially unable to obtain an adequate defense in her criminal case, and an attorney was appointed to represent her at trial. Because the appeal appears to be taken in good faith, even though a certificate of appealability will not be issued, Defendant may proceed in forma pauperis on appeal pursuant to Federal Rule of Appellate Procedure 24(a)(3).

IT IS ORDERED:

1. Defendant is entitled to proceed on appeal in forma pauperis;

2. A certificate of appealability shall not issue in this action; and

3. The Clerk of the United States District Court for the District of Nebraska shall provide a copy of this order to the Eighth Circuit Court of Appeals.

August 3, 2010

BY THE COURT:
*Richard G. Kopf*
United States District Judge