IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3137 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| DEBORAH S. KEAHL, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

At the request of Ms. Keahl, I have inquired of the Clerk's office and the Assistant United States Attorney about the amount of restitution that is presently owed by Ms. Keahl and her co-defendant Allison W. Bowden. At the time judgment was entered, it was unclear whether the victim was able to recover and use the stolen cash. I have now been informed by the government that the total amount of restitution should have been only $31.00. The Clerk's records show that Ms. Keahl has paid more than $31.00 in restitution and, therefore, there is no remaining balance due. Accordingly,

IT IS ORDERED that:

(1) The Clerk of Court shall show that the restitution previously ordered in this case and in Case No. 4:08CR3134 has been fully satisfied. The Clerk shall also file a copy of this order in Case No. 4:08CR3134.

(2) The Bureau of Prisons is herewith directed to stop collecting restitution in this case and in Case No. 4:08CR3134.

(3) J.R. Holder, the U.S. Probation Officer, assigned to this case shall provide the Bureau of Prisons with a copy of this order, and Mr. Holder shall ensure that no further restitution is collected.

DATED this 9th day of September, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge