IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3137 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| DEBORAH S. KEAHL, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for reconsideration (filing 61) is denied.

Dated May 29, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge