IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:08CR3137 |
| V. | ) | |
| DEBORAH S. KEAHL, | ) | ORDER |
| Defendant. | ) | |

After careful consideration,

IT IS ORDERED that the defendant's motion to reduce sentence (filing 63) is denied. The Clerk of Court shall mail a copy of this order to defendant at defendant's last known address.

DATED this 14th day of July, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge